# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID LINNINS, KIM WOLFINGTON, and CAROL BLACKSTOCK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAECO AMERICAS, LLC, formerly known as TIMCO AVIATION SERVICES, INC., and HAECO AMERICAS LINE SERVICES, LLC,<br><br>    Defendants. | Civil Action No. 16cv486<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (UNOPPOSED)** |

Plaintiffs David Linnins, Kim Wolfington, and Carol Blackstock ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order granting Plaintiffs' Unopposed Motion for Final Approval of Class Action granting final approval of the proposed Settlement, and for other related relief.

Plaintiffs' motion is based on the accompanying Memorandum and all attachments thereto; and, all records, pleadings and papers filed in this action. This Motion is unopposed by Defendants.

Respectfully Submitted May 16, 2018

>Counsel for Plaintiffs and the Proposed Settlement Class
>
>/s/ Jean Sutton Martin
>Jean Sutton Martin (NC Bar No. 25703)
>LAW OFFICE OF JEAN SUTTON MARTIN PLLC
>2018 Eastwood Road Suite 225
>Wilmington, NC 28403
>Telephone: (910) 292-6676
>Facsimile: (888) 316-3489
>jean@jsmlawoffice.com
>
>/s/ John A. Yanchunis
>John A. Yanchunis (FL Bar No. 324681)
>(admitted *pro hac vice*)
>MORGAN & MORGAN
>COMPLEX LITIGATION GROUP
>201 N. Franklin Street, 7th Floor
>Tampa, Florida 33602
>Telephone: (813) 223-5505
>jyanchunis@ForThePeople.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                             /s/ Jean S. Martin
                                             Jean S. Martin