IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID LINNINS, KIM WOLFINGTON, and CAROL BLACKSTOCK, on behalf of themselves and all others similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>HAECO AMERICAS, INC. (f/k/a TIMCO AVIATION SERVICES, INC.),<br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:16CV486 |

**JUDGMENT**

This Court having entered the Final Approval Order on June 1, 2018 and the Attorneys' Fees Order on October 26, 2018, IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.

This, the 26th of October 2018.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge